IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ALAN WARD**                                                                                          **PLAINTIFF**

**V.**                                                        **CIVIL ACTION NO.:** 3:23-cv-00185-TSL-RPM

**AMAL FOODS INC**                                                                                **DEFENDANT**

**COMPLAINT**
**JURY TRIAL DEMANDED**

**COMES NOW** the Plaintiff, Alan Ward, by and through his counsel, Watson & Norris, PLLC, and files this action to recover damages for violations of his rights under the Age Discrimination in Employment Act of 1967 (ADEA), against Defendant Amal Foods Inc. In support of this cause, the Plaintiff would show unto the Court the following facts to-wit:

**PARTIES**

1. Plaintiff, Alan Ward, is an adult male resident citizen of Hinds County, Mississippi, who is over the age of forty (40) and thus is a covered "employee" as defined by the ADEA.

2. Defendant, Amal Foods Inc, is an Alabama corporation licensed to do business in the state of Mississippi that may be served with process by serving its registered agent: Hicham H. Ahmed, 1935 Main Street, Madison, Mississippi 39110.

**JURISDICTION AND VENUE**

3. This Court has federal question and venue is proper in this Court.

4. Plaintiff timely filed a Charge of Discrimination on January 17, 2022, with the EEOC, a true and correct copy of which is attached as Exhibit "A." On December 13, 2022, the EEOC issued a Dismissal and Notice of Rights, a true and correct copy is

1

attached as Exhibit "B." Plaintiff timely files this cause of action within ninety (90) days of receipt of his Dismissal and Notice of Rights.

5. Plaintiff has been discriminated against because of his age in violation of the Age Discrimination in Employment Act, as amended.

## STATEMENT OF THE FACTS

6. Plaintiff is a 62-year-old male resident of Hinds County, Mississippi.

7. Plaintiff was hired on August 18, 2021, as a Cook at Amal Foods Inc Madison d/b/a Full Moon BBQ.

8. As Plaintiff began working at Full Moon, other employees, including Kitchen Manager Marcus (LNU), referred to Mr. Ward as "Old School."

9. Plaintiff expressed that he did not want to be referred to in that way, yet it continued.

10. On November 5, 2021, General Manager Elizabeth Kittrell met with Plaintiff.

11. Ms. Kittrell stated that because of his age it appeared to be a struggle for him to keep up with the work.

12. Ms. Kittrell had decided, therefore, to 'go in another direction', and Plaintiff was terminated.

13. Later, Plaintiff learned that his position was replaced by Quinton Cooper, a young man in his 30's.

14. On January 17, 2022, Plaintiff timely filed an EEOC Charge of Discrimination due to age against Full Moon.

## CAUSE OF ACTION

**COUNT I:  VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT**

15. Plaintiff re-alleges and incorporates all averments set forth in paragraphs 1 through 14 above as if fully incorporated herein.

16. Defendant has discriminated against Plaintiff because of his age based on the facts identified above which constitutes a violation of the Age Discrimination in Employment Act.

17. Plaintiff has suffered lost wages, benefits and other pecuniary losses.

18. The unlawful actions of Defendant complained of above were willful thus entitling Plaintiff to liquidated damages.

## PRAYER FOR RELIEF

**WHEREFORE PREMISES CONSIDERED**, Plaintiff respectfully prays that upon hearing of this matter by a jury, the Plaintiff be granted the following relief in an amount to be determined by the jury:

1. Back wages;
2. Reinstatement or front pay in lieu of reinstatement;
3. Liquidated damages;
4. Lost benefits;
5. Tax gross-up and all make whole relief:
6. Pre-judgment and post-judgment interest;
7. Attorney's fees;
8. Costs and expenses; and
9. Any other relief to which he may be properly entitled under the ADEA.

THIS the 13th day of March 2023.

Respectfully submitted,

ALAN WARD, PLAINTIFF

By: /s/Louis H. Watson, Jr.
Louis H. Watson, Jr. (MB# 9053)
Nick Norris (MB#101574)
Attorneys for Plaintiff

3

OF COUNSEL:

WATSON & NORRIS, PLLC
4209 Lakeland Drive # 365
Flowood, Mississippi 39232-9212
Phone: (601) 968-0000
Fax: (601) 968-0010
Email: louis@watsonnorris.com
       nick@watsonnorris.com